Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Kaiahmi QUASNE |
| **Docket Number:** | 2:07CR00462-02 |
| **Offender Address:** | Placerville, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 08/14/2008 |
| **Original Offense:** | 18 USC 2113(b) - Bank Larceny<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 36 months Probation; $1,165 restitution; $25 special assessment |
| **Special Conditions:** | Substance abuse treatment and testing; Mental health treatment (inpatient or outpatient); 40 hours community service, to be completed by September 30, 2009; Up to $25 co-pay; Participate and complete an educational or vocational program |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08/14/2008 |
| **Assistant U.S. Attorney:** | Russell L. Carlberg        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Kresta Nora Daly<br>Appointed        **Telephone:** (916) 444-9845 |

RE:    **Kaiahmi QUASNE**
       **Docket Number:  2:07CR00462-02**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**


**Other Court Action:**

**02/26/2009**:                          Prob 12A1 Report and Recommendation of Offender Non-
                                         Compliance (Use of Marijuana); Continued on supervision
                                         with increased drug testing and formal drug counseling; No
                                         formal Court action taken.

---

## PETITIONING THE COURT

**( X )    OTHER:** Place this matter on the Court's calendar for November 5, 2009, at 9 a.m., for
the probationer to show cause why supervision heretofore granted should not be revoked.
The probation officer shall notify the probationer and counsel of said hearing.


The probation officer alleges the probationer has violated the following condition(s) of supervision:


**Charge Number**          **Nature of Violation**


**Charge 1:**              **USE OF A CONTROLLED SUBSTANCE**


On August 31, 2009, the probationer submitted a urine sample which tested positive for marijuana
(THC), in violation of the general condition to refrain from any unlawful use of controlled
substances.


**Charge 2:**              **FAILURE TO PARTICIPATE IN DRUG TESTING PROGRAM**


On or about September 9, 2009, the probationer submitted a diluted/abnormal urine sample, in
violation of Special Condition Number 2, that requires she participate in a program of testing to
determine if she has reverted to the use of drugs or alcohol.

Rev. 02/2009
VIOLATION__PETITION
(PROB12C-PROB (ND).MRG

RE:   **Kaiahmi QUASNE**
      **Docket Number:  2:07CR00462-02**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

**Charge 3:**                **FAILURE TO PARTICIPATE IN DRUG TESTING PROGRAM**

On or about September 14, 21, and 25, 2009, the probationer failed to report for scheduled drug testing at Progress House, in violation of Special Condition Number 2, that requires she participate in a program of testing to determine if she has reverted to the use of drugs or alcohol.

**Justification:**

Ms. Quasne submitted a urine sample which tested positive for marijuana at the time of her initial sentencing period.  The Court was notified and agreed to allow continued increased drug testing and individual drug counseling.  At that time, she explained she had been smoking marijuana on a daily basis for many years including when she associated with the wrong people. The probation officer has worked closely with Ms. Quasne and her drug counselor to ensure that she receives appropriate treatment services in the community in order to assist with her drug problem.  At the suggestion of her drug counselor, she was referred to the county mental health program where she receives free services.  In addition, she attends several drug group sessions during the week, and participates in the 12-step program.  She continues to attend community college and has only a few hours remaining on her community service obligation.

Ms. Quasne was in a foster care program almost her entire childhood, and received benefits until the age of 22.  At the time these benefits stopped, she attempted to find housing on her own, but continued to make poor choices regarding living arrangements.  She has since relocated back with her father in an environment that she reports is acceptable.  Although this arrangement appears stressful, she projects a positive attitude and reports she is willing to use available community resources to help curb her desire for marijuana.  Despite these reassurances, she tested positive for marijuana, then submitted a diluted test and failed to report for three consecutive drug tests. She explained she knew if she submitted more than three positive drug tests, she would be revoked and sentenced to jail time, so she failed to report as instructed.  She was recently informed, however, that based on her continued actions, a Court appearance is recommended.

Rev.  02/2009
VIOLATION_PETITION
(PROB12C-PROB (ND).MRG

RE:   **Kaiahmi QUASNE**
      **Docket Number:  2:07CR00462-02**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

**Bail/Detention:**

The probationer is not considered to be an imminent danger to the community or a flight risk at this time.  Ms. Quasne has maintained contact with the probation officer and has resumed reporting for drug testing at Progress House.  Therefore, it is respectfully recommended the probationer be allowed to remain at liberty pending these violation proceedings.  However, should Ms. Quasne resume illegal drug use, the Court will be notified with a recommendation for more stern action.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:      October 22, 2009
                      Roseville, California
                      SRS:cd

                              Respectfully submitted,

                              /s/ Shari R. Simon

                          **SHARI R. SIMON**
                      **United States Probation Officer**
                        Telephone:  (916) 786-2861

**REVIEWED BY**:   /s/ Terence E. Sherbondy
                   **TERENCE E. SHERBONDY**
                   **Supervising United States Probation Officer**

Rev. 02/2009
VIOLATION__PETITION
(PROB12C-PROB (ND).MRG

RE:   **Kaiahmi QUASNE**
      **Docket Number:  2:07CR00462-02**
      **PETITION FOR WARRANT OR SUMMONS**
      **<u>FOR OFFENDER UNDER SUPERVISION</u>**

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

( )    The issuance of a warrant    ( )    Bail set at $ ____    ( )    No Bail

( )    The issuance of a summons (copy to Defense Counsel).

(XX)  Other:   Place this matter on the Court's calendar for November 5, 2009, at 9 a.m., for the probationer to show cause why supervision heretofore granted should not be revoked. The probation officer shall notify the probationer and counsel of said hearing.

## FURTHER PROCEEDINGS REGARDING CUSTODY:

( )    Defendant is ordered detained, to be brought before District Judge forthwith.

( )    Initial appearance and detention hearing before Magistrate Judge.


 Dated:  October 23, 2009

                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE


cc:    United States Probation
       Russell L. Carlberg, Assistant United States Attorney
       Assistant Federal Defender

Rev. 02/2009
VIOLATION__PETITION
(PROB12C-PROB (ND).MRG

## STATEMENT OF EVIDENCE OF ALLEGED
## PROBATION VIOLATIONS

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

RE:    **Kaiahmi QUASNE**
**Docket Number:   2:07CR00462-02**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named probationer is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **USE OF A CONTROLLED SUBSTANCE**

        **A.**    **Evidence:**

                (1)    Kroll Laboratory Specimen Number C01187057, dated August 31, 2009, which tested positive for marijuana.

        **B.**    **Witnesses:**

                (1)    None.

**Charge 2:**    **FAILURE TO PARTICIPATE IN DRUG TESTING PROGRAM**

        **A.**    **Evidence:**

                (1)    Kroll Laboratory Specimen Number C01187061, dated September 9, 2009, that documented the sample tested as dilute/abnormal.

        **B.**    **Witnesses:**

                (1)    None.

**Charge 3:**    **FAILURE TO PARTICIPATE IN DRUG TESTING PROGRAM**

        **A.**    **Evidence:**

                (1)    Documentation from Progress House dated September 29, 2009,

Re:   Kaiahmi QUASNE
      **Docket Number:   2:07CR00462-02**
      <u>**STATEMENT OF EVIDENCE**</u>

alleging the probationer failed to report for scheduled drug testing on September 14, 21, and 25, 2009.

B.   **Witnesses:**

(1)   None.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

**DATED:**   October 22, 2009
             Roseville, California
             SRS:cd

**REVIEWED BY**:   /s/ Terence E. Sherbondy
                   **TERENCE E. SHERBONDY**
                   **Supervising United States Probation Officer**

Rev. 02/2009
VIOLATION__PETITION
(PROB12C-PROB (ND).MRG

## REVOCATION GUIDE - PROBATION

**Offender Name:**   Kaiahmi QUASNE          **Docket Number:**   2:07CR00462-02

**Date of original offense:**   4/12/2007

**Statutory maximum imprisonment for original offense:** 1 year

**Highest grade of violation alleged:**          C

**Criminal History Category of offender:**       I

**Original guideline range:**                    0 **to** 6 months

**Chapter 7 range of imprisonment:**             3 **to** 9 months

**Violation requires mandatory revocation:  YES:** __  **NO:**  _X_ .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum for the original offense.  Court must consider but is not bound by Chapter 7 ranges.  Reasons for the length of revocation sentence should be stated on the record.

## <u>MANDATORY REVOCATION ISSUES</u>

**Original offense committed after 09/13/94:**  Title 18 USC 3565 instructs that supervision shall be revoked upon a finding of:  1) Possession of a firearm; 2) Possession of a controlled substance; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3565 amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

October 22, 2009
SRS:cd

Rev. 02/2009
VIOLATION_PETITION
(PROB12C-PROB (ND).MRG